```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

JAMES FLORIS, a single person,   )
                                 )    No. CV-07-3016-CI
          Movant,                )
                                 )    ORDER ADOPTING REPORT AND
v.                               )    RECOMMENDATION
                                 )
INSPECTOR GENERAL OF THE         )
UNITED STATES, DEPARTMENT OF     )
AGRICULTURE,,                    )
          Respondent.            )
```

On February 16, 2010, Magistrate Judge Imbrogno filed a Report and Recommendation recommending the captioned case be dismissed for lack of prosecution and the file be closed. (Ct. Rec. 20.) Objections were due on or before March 2, 2010. There being no objections filed, the court **ADOPTS** the Report and Recommendation in its entirety. The above captioned case is hereby **DISMISSED FOR LACK OF PROSECUTION**.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendants and shall **CLOSE THE FILE**.

**DATED** this  5th  day of March, 2010.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                    Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1